Order entered December 20, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-01309-CV

 MSC Minerals, Ltd., et al., Appellants

 V.

 Plains Exploration & ProdUCTION CoMPANY, Appellee

 On Appeal from the 95th Judicial District Court
 Dallas County, Texas
 Trial Court Cause No. 10-15627

 ORDER

 The Court has before it appellee's December 17, 2012 unopposed motion
for extension of time to file its response brief. The Court GRANTS the
motion and ORDERS appellee to file its brief by January 31, 2013.

 /s/ MOLLY FRANCIS
 JUSTICE